1

Steven A. Sherman, Esq., Bar No. 113621
**FERGUSON, PRAET & SHERMAN**
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705-7101
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
ssherman@law4cops.com

2

3

4

5

Attorneys for City of Garden Grove Defendants

6

7

8

9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 QUYEN KIM DANG, INDIVIDUALLY ) <br> AND AS GUARDIAN AD LITEM FOR ) <br> 13 KENNY MINH CAO TRAN, A MINOR, ) <br> AND PERSONAL REPRESENTATIVE ) <br> 14 OF ANDY TRAN, DECEASED; ) <br> KENNY MINH CAO TRAN, A MINOR ) <br> 15 BY AND THROUGH HIS GUARDIAN ) <br> AD LIETM, QUYEN KIM DANG' NAM ) <br> 16 VAN TRAN, BIOLOGICAL FATHER ) <br> OF ANDY TRAN, DECEASED; BUA ) <br> 17 THI PHAN, BIOLOGICAL MOTHER ) <br> OF ANDY TRAN, DECEASED, ) <br> 18 ) <br> Plaintiffs, ) <br> 19 ) <br> v. ) <br> 20 ) <br> CITY OF GARDEN GROVE; GARDEN ) <br> 21 GROVE CHIEF OF POLICE JOSEPH ) <br> M. POLISAR; GARDEN GROVE ) <br> 22 POLICE OFFICER GENDREAU; ) <br> GARDEN GROVE POLICE OFFICER ) <br> 23 KARSCHAMROOM; TASER ) <br> INTERNATIONAL, INC., AND DOES 1 ) <br> 24 TO 10, INDIVIDUALS; AND ROES 1 ) <br> TO 10, ENTITIES, INCLUSIVE, ) <br> 25 ) <br> 26 Defendants. ) <br> 27 | NO. SACV10-00338 DOC(MLGx) <br><br> **ORDER FOR PROTECTIVE ORDER** |

28  ///

IT IS SO ORDERED:

1.      All information contained in the Orange County District Attorney's investigation of the incident which is the subject of this litigation, and maintained under investigation number 08-0023 that is identified as Log. Nos. 1 through 39 of Defendants' Privilege Log are privileged and confidential for purposes of the instant lawsuit.

2.      All information contained in the Orange County Sheriff's Department/ Coroner's investigation of the incident which is the subject of this litigation, and maintained under investigation number 08-57745 that is identified as Log. Nos. 41 to 43 in Defendants' Privilege Log are privileged and confidential for purposes of the instant lawsuit.

3.      Plaintiffs' counsel shall be responsible for insuring that the terms of this order are complied with as follows:

    (a)     Such documents contained in Orange County District Attorney's Office investigation No. 08-0023, that are identified as Log. Nos. 1 through 39 of Defendants' Privilege Log, and information contained therein will be treated by Plaintiffs and their counsel as confidential, and will not be used for any purpose beyond that of the above-referenced litigation.  The information is disclosable to Plaintiffs' representatives, including attorneys and experts, as is necessary for purposes of the above-referenced litigation, and for no other use.

    (b)     Such documents contained in Orange County Sheriff's Department investigation No.08-57745, that are identified as Log. Nos. 40 to 43 of Defendants' Privilege Log, and information contained therein will be treated by Plaintiffs and their counsel as confidential, and will not be used for any purpose beyond that of the above-

referenced litigation.  The information is disclosable to the Plaintiffs' representatives, including attorneys and experts, as is necessary for purposes of the above-referenced litigation and for no other use; and

(c) That if either party wishes and/or needs to use any 9of the above-referenced privileged and confidential records for any purpose that would possibly lead to it being noted in any possible public record such as, but not limited to, court filings, depositions, written discovery, expert reports, etc., that said privileged and confidential documents will be filed, lodged, listed, etc. under seal so as to maintain the privileged and confidential nature of said item(s).  The application to file under seal shall be directed to the judge to whom the papers are directed.  For motions, the parties shall publicly file a redacted version of the motion and supporting papers.

(d) Upon final conclusion of the above-referenced litigation, all designated confidential materials will be returned to Defendants.

(e) That upon final disposition of this case Plaintiffs' counsel shall promptly, without request or further order of the court, return all discovered documents and photocopies and/or reproduction of those discovered documents to the attorney of record for Defendants.

(f) Both parties acknowledge that any and all Orange County District Attorney records provided for above may not be complete, but rather they represent what is in Defendants' possession.

///

1        4.     This Order does not govern the presentation of evidence at court

2  hearings or proceedings.  With respect to any such hearing, the parties shall raise

3  with the judicial officer conducting the hearing the issue of how to handle

4  materials that have been designated privileged and confidential pursuant to this

5  Order.

6  Dated: June 28, 2010

7

8                                   *David O. Carter*

9                            Honorable David O. Carter
                               United States District Court Judge