1  Steven A. Sherman, Esq., Bar No. 113621
   **FERGUSON, PRAET & SHERMAN**
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California 92705-7101
   (714) 953-5300 Telephone
4  (714) 953-1143 Facsimile
   ssherman@law4cops.com
5
   Attorneys for City of Garden Grove Defendants
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | QUYEN KIM DANG, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR KENNY MINH CAO TRAN, A MINOR, AND PERSONAL REPRESENTATIVE OF ANDY TRAN, DECEASED; KENNY MINH CAO TRAN, A MINOR BY AND THROUGH HIS GUARDIAN AD LIETM, QUYEN KIM DANG; NAM VAN TRAN, BIOLOGICAL FATHER OF ANDY TRAN, DECEASED; BUA THI PHAN, BIOLOGICAL MOTHER OF ANDY TRAN, DECEASED, | NO. SACV10-00338 DOC(MLGx)
   | | **DEFENDANTS' SUPPLEMENTAL DECLARATIONS AND EXHIBITS IN REPLY TO PLAINTIFFS' OPPOSITION TO MOTION AND MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY, SUMMARY ADJUDICATION OF ISSUES**
   | | **DATE:** July 25, 2011
   | | **TIME:** 8:30 a.m.
   | | **CTRM:** 9-D
   | Plaintiffs, |
   | v. |
   | CITY OF GARDEN GROVE; GARDEN GROVE CHIEF OF POLICE JOSEPH M. POLISAR; GARDEN GROVE POLICE OFFICER GENDREAU; GARDEN GROVE POLICE OFFICER KARSCHAMROOM; TASER INTERNATIONAL, INC., AND DOES 1 TO 10, INDIVIDUALS; AND ROES 1 TO 10, ENTITIES, INCLUSIVE, |
   | Defendants. |

///

///

Case No. SACV10-00338 DOC(MLGx)

Defendants attach hereto the supplemental declarations of Steven A. Sherman, with exhibits, and Chief Kevin Raney in response to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment or, alternatively, Summary Adjudication of Issues.

DATED: July 11, 2011          FERGUSON, PRAET & SHERMAN
                              A Professional Corporation


                              /s/ Steven A. Sherman
                              Steven A. Sherman,
                              Attorneys for City of Garden Grove
                              Defendants