1  Steven A. Sherman, Esq., Bar No. 113621
   **FERGUSON, PRAET & SHERMAN**
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California  92705-7101
   (714) 953-5300 Telephone
4  (714) 953-1143 Facsimile
   ssherman@law4cops.com
5
   Attorneys for City of Garden Grove Defendants
6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 | QUYEN KIM DANG, INDIVIDUALLY ) | NO. SACV10-00338 DOC(MLGx)
   | AND AS GUARDIAN AD LITEM FOR )
12 | KENNY MINH CAO TRAN, A MINOR, ) | **DEFENDANTS' NOTICE OF**
   | AND PERSONAL REPRESENTATIVE ) | **PENDING SETTLEMENT**,
13 | OF ANDY TRAN, DECEASED;       ) | **MINOR'S COMPROMISE;**
   | KENNY MINH CAO TRAN, A MINOR  ) | **REQUEST FOR OSC re**
14 | BY AND THROUGH HIS GUARDIAN   ) | **DISMISSAL**
   | AD LIETM, QUYEN KIM DANG; NAM )
15 | VAN TRAN, BIOLOGICAL FATHER   )
   | OF ANDY TRAN, DECEASED; BUA   )
16 | THI PHAN, BIOLOGICAL MOTHER   )
   | OF ANDY TRAN, DECEASED,       )
17                                 )
           Plaintiffs,             )
18                                 )
   v.                              )
19                                 )
   CITY OF GARDEN GROVE; GARDEN    )
20 GROVE CHIEF OF POLICE JOSEPH    )
   M. POLISAR; GARDEN GROVE        )
21 POLICE OFFICER GENDREAU;        )
   GARDEN GROVE POLICE OFFICER     )
22 KARSCHAMROOM; TASER             )
   INTERNATIONAL, INC., AND DOES 1 )
23 TO 10, INDIVIDUALS; AND ROES 1  )
   TO 10, ENTITIES, INCLUSIVE,     )
24                                 )
                                   )
25         Defendants.              )
                                   )
26

27 ///

28 ///

TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:

This filing is to advise the Court that the parties have reached a settlement via mediation.

Settlement documents are in the process of being prepared, as is a Minor's Compromise which will be filed with the Court. An OSC re dismissal approximately 60 days out for completion of all closing documents and the Minor's Compromise is requested.

DATED: March 20, 2012            FERGUSON, PRAET & SHERMAN
                                 A Professional Corporation


                                  /s/ Steven A. Sherman
                                 Steven A. Sherman
                                 Attorneys for Defendants/Appellants