Sean Hennessey, State Bar No. 157005
THE LAW OFFICE OF SEAN HENNESSEY
8231 Westminster Blvd.
Westminster, CA 92683
Tel. (949) 280-1257
Fax: (714) 898-7449
Email: seanhennesseyesq@gmail.com

Liem H. Do, State Bar No. 129029
LIEM H. DO & ASSOCIATES, APLC
8231 Westminster Blvd.
Westminster, CA 92683
Tel. (714) 898-7579

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUYEN KIM DANG, ET AL.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF GARDEN GROVE, ET AL.,<br><br>　　　　Defendants | *Case No.  SACV10-00338 DOC (MLGx)*<br><br>**COURT ORDER RE: PLAINTIFFS AND DEFENDANTS STIPULATION TO SHORTEN THE TIME OF SERVICE OF NOTICE OF MOTION AND COURT HEARING ON PENDING SETTLEMENT AND MINOR'S COMPROMISE;** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Court has reviewed the Plaintiffs Quyen Kim Dang, Et Al. and Defendants City of Garden Grove, Et Al.'s signed Stipulation to Shorten the Time of service of Notice of Motion and court hearing on pending settlement and minor's compromise.  Having reviewed and considered

///

///

the documents the Court finds GOOD CAUSE AND IT IS HEREBY ORDERED THAT THE STIPULATION BE GRANTED:

**DATE**: April 18, 2012        **BY**: /s/ David O. Carter

                                      HONORABLE JUDGE DAVID O. CARTER
                                      UNITED STATES DISTRICT JUDGE