Sean Hennessey, State Bar No. 157005
THE LAW OFFICE OF SEAN HENNESSEY
8231 Westminster Blvd.
Westminster, CA 92683
Tel. (949) 280-1257
Fax: (714) 898-7449
Email: seanhennesseyesq@gmail.com

Liem H. Do, State Bar No. 129029
LIEM H. DO & ASSOCIATES, APLC
8231 Westminster Blvd.
Westminster, CA 92683
Tel. (714) 898-7579

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| QUYEN KIM DANG, INDIVIDUALLY AND AS A GUARDIAN AD LITEM FOR KMT, A MINOR, AND PERSONAL REPRESENTATIVE OF ANDY TRAN, DECEASED; KMT, A MINOR BY AND THROUGH HIS GUARDIAN AD LITEM, QUYEN KIM DANG; NAM VAN TRAN, BIOLOGICAL FATHER OF ANDY TRAN, DECEASED; BUA THI PHAN, BIOLOGICAL MOTHER OF ANDY TRAN, DECEASED, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF GARDEN GROVE; GARDEN GROVE CHIEF OF POLICE JOSEPH M. POLISAR; GARDEN GROVE POLICE OFFICER GENDREAU; GARDEN GROVE POLICE OFFICER KARSCHAMROON; TASER INTERNATIONAL, INC., AND DOES 1 TO 10, INDIVIDUALS; AND ROES 1 TO 10, ENTITIES, INCLUSIVE, <br><br> Defendants. | Case No. SACV10-0338 DOC (MLGx) <br><br> Judge: Honorable David O. Carter <br> Courtroom: 9-D <br><br> [PROPOSED] COURT ORDER RE: PLAINTIFFS' MOTION FOR COURT APPROVAL OF MINOR'S COMPROMSE AND PETITION OF QUYEN KIM DANG, AS GUARDIAN AD LITEM, TO APPROVE MINOR'S COMPROMISE <br><br> Date of Hearing: April 23, 2012 <br> Time of Hearing: 8:30 a.m. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Court has reviewed the Plaintiffs Motion for Court Approval of Minor's Compromise, Petition of Quyen Kim Dang, as Guardian Ad Litem, to Approve Minor's compromise. Having reviewed and considered the documents, moving papers, declarations, and oral argument, the Court finds GOOD CAUSE AND IT IS HEREBY ORDERED THAT THE MOTION AND PETITION BE GRANTED:

The Court further orders that future periodic payments will be made payable to KMT, said payments to be provided through a qualified assignment to BHG Structured Settlements, Inc. (Assignee), within the meaning of Section 130(c) of the Internal Revenue Code of 1986, as amended, and the issuance of an annuity policy from Berkshire Hathaway Life Insurance Company of Nebraska (Annuity Issuer), all as more fully described and in accordance with the terms and conditions of the Settlement Agreement, which has been approved by the Court.

DATE: April 17 , 2012        BY: *David O. Carter* (signature)

HONORABLE JUDGE DAVID O.CARTER
UNITED STATES DISTRICT JUDGE