1  Steven A. Sherman, Esq.  Bar No. 113621
   **FERGUSON, PRAET & SHERMAN**
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California  92705-7101
   (714) 953-5300 Telephone
4  (714) 953-1143 Facsimile
   ssherman@law4cops.com
5
   Attorneys for Defendants
6

7
                       UNITED STATES DISTRICT COURT
8
                    STATE OF CALIFORNIA, CENTRAL DISTRICT
9

10
   QUYEN KIM DANG, INDIVIDUALLY  )   NO.  SACV 09-562 DOC(RNBx)
11 AND AS GUARDIAN AD LITEM FOR  )
   KENNY MINH CAO TRAN, A MINOR, )   **[PROPOSED] ORDER re**
12 AND PERSONAL REPRESENTATIVE   )   **STIPULATED DISMISSAL**
   OF ANDY TRAN, DECEASED;       )   **OF DEFENDANT OFFICERS**
13 KENNY MINH CAO TRAN, A MINOR  )   **RICHARD GENDREAU,**
   BY AND THROUGH HIS GUARDIAN   )   **DANIEL KARSCHAMROON**
14 AD LITEM, QUYEN KIM DANG' NAM )   **AND FORMER CHIEF OF**
   VAN TRAN, BIOLOGICAL FATHER   )   **POLICE JOE POLISAR;**
15 OF ANDY TRAN, DECEASED; BUA   )   **WITH PREJUDICE**
   THI PHAN, BIOLOGICAL MOTHER   )
16 OF ANDY TRAN, DECEASED,       )
                                 )
17         Plaintiffs,            )
                                 )
18 v.                            )
                                 )
19 CITY OF GARDEN GROVE; GARDEN  )
   GROVE POLICE DEPARTMENT;      )
20 GARDEN GROVE CHIEF OF POLICE  )
   JOSEPH M. POLISAR; GARDEN     )
21 GROVE POLICE OFFICER          )
   GENDREAU; GARDEN GROVE        )
22 POLICE OFFICER                )
   KARSCHAMROOM; TASER           )
23 INTERNATIONAL, INC., AND DOES 1)
   TO 10, INDIVIDUALS; AND ROES 1)
24 TO 10, ENTITIES, INCLUSIVE,   )
                                 )
25                               )
           Defendants.            )
26 ─────────────────────────────)

27
   ///
28

   _____

# **O R D E R**

**IT IS ORDERED** that Plaintiffs' entire lawsuit as such pertains to Defendant Officers Richard Gendreau and Daniel Karschamroon, and former Chief of Police Joe Polisar, is dismissed with prejudice. Each side is to bear its own costs, fees and expenses, including attorney fees.

DATED: _____ , 2012

_____
Hon. David O. Carter
United States District Judge